JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Johniece Rosiemae Brooks, | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s), | CV 22-6652 FWS RAO |
| v. | |
| Department of State Hospital, | ORDER OF DISMISSAL OR REMAND |
| Defendant(s)/Respondent(s). | |

**The Court previously received from** ☒ **Plaintiff(s)/Petitioner(s)** ☐ **Defendant(s)/Respondent(s):**

☒ an IFP Request with a deficient Complaint.

☐ a Complaint/Petition/Notice of Removal without an accompanying IFP Request or payment of the filing fees.

☐ a Complaint/Petition/Notice of Removal with a partial filing fee payment for an amount less than the full fee.

The Court sent a minute order to ☒ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s) advising that failure to correct this deficiency within 21 DAYS from the date of the minute order would result in dismissal or remand of this case. More than 21 DAYS have now passed, and the deficiency has not been corrected. Plaintiff has failed to timely file an amended complaint and renewed IFP Request. Accordingly, this case is HEREBY ORDERED

☒   DISMISSED without prejudice.

☐   REMANDED to the _____ .

Dated: January 17, 2023

_____
**United States District Judge**